USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-14-202

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | :    1:17-cr-00697-PAC |
|    - against - | :    **ORDER** |
| Brian Dominguez, | : |
|      Defendant-Petitioner. | : |

-----------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

Defendant Brian Dominguez, *pro se*, moves this Court to issue a recommendation to the Bureau of Prisons ("BOP") to grant the petitioner the maximum amount of time in a Residential Re-entry Center / Halfway House prior to his anticipated release date of February 7, 2021. Dkt. 52, at 1. Dominguez has completed the BOP's 500 Hour Residential Drug Abuse Program ("RDAP") and several educational programs. Dkt. 52, Attach. A.

Other courts grant such recommendations, and the Court sees no reason not to do so here. *See United States v. Patterson*, No. 2:00cr187, 2019 WL 127962, at *2 (E.D. Va. Jan. 8, 2019). *See also* 18 U.S.C. § 3624(c)(1) (permitting BOP placement in a community correctional facility for up to final 12 months of a prisoner's term). Accordingly, the Defendant's motion is GRANTED. The Court hereby recommends to BOP, pursuant to 18 U.S.C. § 3621, that Dominguez be placed in a Residential Re-entry Center / Halfway House for the maximum length of time for which he is eligible. The Clerk of Court is instructed to close the motion at Dkt. 52.

Dated: New York, New York
      January 14, 2020

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge